UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GREGORY SEPELLA, )
    Plaintiff, )
v. ) No. 3:17-CV-1005-K
COLLECTION MANAGEMENT CO., )
    Defendant. )

## ORDER

The above-entitled cause has been referred to United States Magistrate Judge Paul D. Stickney for a settlement conference. *See* Electronic Order Referring Case, ECF No. 13. The Court hereby sets the settlement conference on **TUESDAY, AUGUST 22, 2017, at 9:00 A.M.**, convening in Courtroom 1620, 1100 Commerce St., Dallas, Texas. Parties with full settlement authority and their counsel shall be present at the conference. The parties are not required to submit any information to the Court prior to the settlement conference, but if they wish to do so, they may submit the information to: Stickney_Orders@txnd.uscourts.gov no later than **FRIDAY, AUGUST 18, 2017**.

SO ORDERED, this 21 day of July, 2017.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE