UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER RADER, GREGORY SEPELLA, MARIA GALARZA, and ANGELA BUCKALOO<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>COLLECTION MANAGEMENT COMPANY d/b/a CMC – CREDIT MANAGEMENT COMPANY<br><br>　　　　　　Defendant. | Case No. 3:17 - cv - 01005 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Gregory Sepella, and Defendant, Collection Management Company, d/b/a CMC, under FED. R. CIV. P. 41(a)(1)(A)(ii), that Plaintiff Sepella hereby dismiss his claims from the above captioned action. Because Mr. Sepella's claims are the only claims currently pending, this Stipulation disposes of the entire action.

RESPECTFULLY SUBMITTED BY THE PARTIES

**FOR PLAINTIFF**

By: ___/s/ Jarrett Ellzey_____
　　W. Craft Hughes
　　Jarrett L. Ellzey
　　**HUGHES ELLZEY, LLP**
　　2700 Post Oak Blvd., Ste. 1120
　　Houston, TX 77056
　　Phone: (713) 554-2377
　　Fax: (888) 995-3335
　　E-Mail: craft@hughesellzey.com
　　　　　jarrett@hughesellzey.com

**FOR DEFENDANT**

By: ___/s/ *Xerxes Martin*_____
　　Eugene Xerxes Martin, IV
　　**MALONE AKERLY MARTIN, PLLC**
　　8750 N. Central Expy, Suite 1850
　　Dallas, TX 75231
　　Phone: (214)346-2630
　　Fax: (214)346-2631
　　E-Mail: XMartin@mamlaw.com

　　**ATTORNEY FOR DEFENDANT**

Bryant Fitts
**FITTS LAW FIRM, PLLC**
2700 Post Oak Blvd., Ste. 1120
Houston, Texas 77056
Phone: (713) 871-1670
Fax: (713) 583-1492
E-Mail: bfitts@fittslawfirm.com

Mark A. Alexander
**MARK A. ALEXANDER, P.C.**
5080 Spectrum Drive, Ste. 850
Addison, Texas 75001
Phone: (972) 364-9700
Fax: (972) 239-2244
E-Mail: mark@markalexanderlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Northern District of Texas, Dallas, Division, on <u>August 18, 2017</u>, and served on all counsel of record who have consented to electronic notification *via* CM/ECF.

                                                    */s/ Jarrett L. Ellzey*
                                                    Jarrett L. Ellzey